IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON CLARK,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner,*<br>*Social Security Administration*,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:14-cv-00030-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Magistrate Judge Dustin Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends remand of the ALJ's decision denying Plaintiff Jason Clark's claim for social security disability benefits and supplemental security income. No objections were filed.

After review of all relevant materials de novo, it is clear that the Report and Recommendation should be adopted in its entirety. The case is **REMANDED** to the Commissioner. On remand, the Commissioner should re-evaluate Plaintiff's credibility in full compliance with Social Security Ruling 96-7p.

The Clerk shall close the case.

Dated February 20, 2015.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 18, entered January 29, 2015.